**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  18-24439-JAD |
| | : | |
| MICHAEL A. DEEB and | : | Chapter 7 |
| BREANNE M. DEEB | : | |
| *Debtor* | : | |
| | : | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Michael A. Deeb and Breanne M. Deeb | : | |
| Debtors/Respondents | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Additional Respondent | : | |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING**
**Response to Motion to Obtain Relief from Stay**

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the **Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper for Relief from the Automatic Stay Under §362(d)** filed on November 19, 2018 (State "None" if no prior Motion or Application.)

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐ An agreed order and a red-lined version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by underlined text. It is respectfully requested that the attached order be entered by the Court.

☑ No other order has been filed pertaining to the subject matter of this agreement.

☐ The attached document does not require a proposed order.

Dated:  <u>December 22, 2018</u>

By:  <u>*/s/ Natalie Lutz Cardiello*</u>
Natalie Lutz Cardiello, Esquire
107 Huron Drive
Carnegie, PA 15106
ncardiello@comcast.net
(412) 276-4043
PA ID 51296

**PAWB Local Form 26 (07/13)**