# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-24439-JAD |
| | : | |
| MICHAEL A. DEEB and | : | Chapter 7 |
| BREANNE M. DEEB | : | |
| *Debtor* | : | |
| | : | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Michael A. Deeb and Breanne M. Deeb | : | |
| Debtors/Respondents | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Additional Respondent | : | |

## CONSENT ORDER

AND NOW, this _____ day of _____, 2018, at the Western District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 110 Chrie Lane, Butler, PA 16001; and it is

FURTHER ORDERED that Order shall take effect as of June 30, 2019, or at such earlier time as the Trustee files a Report of No Distribution.

BY THE COURT:

_____

HONORABLE JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

CONSENTED TO:

*/s/ Kevin Scott Frankel*
Kevin Scott Frankel, Esquire
Counsel for Movant

*/s/ Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Esquire
Chapter 7 Trustee