IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRIC OF PENNSYLVANIA

### DESIGNATION AND APPROVAL OF SUBSTITUTE
### PRESIDING OFFICER OF §341(a) MEETING OF CREDITORS

Natalie Lutz Cardiello was appointed interim trustee in the following case(s) pursuant to 11 U.S.C. 701(a). In accordance with F.R.B.P. 2003, Jeffrey J. Sikirica is designed and approved as substitute presiding officer of the §341(a) meetings of creditors and shall have the authority to administer oaths.

Please see list attached hereto.

The §341 meeting(s) of creditors in these case(s) have been scheduled for January 22, 2019, at 740 Liberty Center, 1001 Liberty Avenue, Pittsburgh, PA 15222

Date: 1/9/19

_____
Joseph Sisca
Assistant United States Trustee
Western District of Pennsylvania

Rev: 1/94

{M:\CLIENTS\22688\0000 H0358593:1}

**Natalie Lutz Cardiello, Esquire**
**341(a) Meeting Calendar**
**Tuesday, January 22, 2019**

| Time | Case Number | File No. | Debtor(s) | Attorney | Comments |
|---|---|---|---|---|---|
| 09:00 am | 18-24429-CMB | | Williams, Susan Ann | Coleen A. Jeffrey | |
| | 18-24444-CMB | | Yusko, Ronald A. | David E. Daniel, Esquire | |
| | 18-24477-GLT | | Chemsak, Cameron L. | Dennis J. Spyra, Esquire | |
| | 18-24475-GLT | | Martin, Ronald W. | Dennis J. Spyra, Esquire | |
| | 18-24473-CMB | | Wilson, Helen E. | Dennis J. Spyra, Esquire | |
| | 18-24509-GLT | | Diggs, Ebony Nicole | Jason L. Karavias | |
| | 18-24439-JAD | | Deeb, Michael A. / Deeb, Breanne M. | Kenneth Steidl, Esquire | |
| | 18-24506-GLT | | Hoke, William J. | Kenneth Steidl, Esquire | |
| | 18-24174-GLT | | Lang, Suzanne M. | Lawrence W. Willis | |
| | 18-24175-CMB | | Palmer, Carrie S. | Lawrence W. Willis | |
| | 18-24032-CMB | | Upshaw, James Roosevelt | Marvin Liebowitz, Esquire | |
| 09:30 am | 17-24870-JAD | | Gray, Deborah R. | Kenneth M. Steinberg, Esquire | Cont'd From 12/03/18 |
| | 18-23850-JAD | | Manns Jr., Raymond R. | Kenneth M. Steinberg, Esquire | Cont'd From 12/03/18 |
| | 18-23684-CMB | | Quinlan, Raeanne | Paul W. Mcelrath Jr. | Cont'd From 12/03/18 |
| 10:00 am | 18-24341-CMB | | Brentin, Kathryn A. | Julie Frazee Steidl, Esquire | |
| | 18-24482-TPA | | Evans, Sarah E. | Matthew M. Brennan | |
| | 18-24258-CMB | | Ceraso, Dominic J. / Ceraso, Roseanne K. | Bryan P. Keenan | |
| | 18-22879-JAD | | Bish, Joseph W. / Bish, Lucille S. | Francis E. Corbett, Esquire | Cont'd From 09/10/18 |
| | 18-24539-TPA | | Stieff Sr., Terrance D. / Stieff, Tenegia L. | Kenneth Steidl, Esquire | |
| | 18-24418-GLT | | Taylor, Renita | Paul W. Mcelrath Jr. | |
| | 18-23871-GLT | | Friedl, Kelly Ann | Robert J. Colaizzi | |
| | 18-24527-TPA | | Ruby, Joanne M. | Rodger J. Blissman, Esquire | |
| | 18-24399-JAD | | Karpuszka, Deborah | Sean Logue | |
| | 18-24512-GLT | | Ferra, Aaron / Ferra, Melissa A. | Thomas J. Dausch, Esquire | |
| 10:30 am | 18-23510-GLT | | H&j Properties, Llc | Russell A. Burdelski, Esquire | Cont'd From 11/05/18 |
| 11:00 am | 18-23881-CMB | | Matusky Iv, Donald Steve Camille | Edward Van Stevenson, Jr. | |
| | 18-24220-GLT | | Baird, Ryan D. / Baird, Hannah Elizabeth | Daniel P. Foster | |
| | 18-24491-GLT | | Wadlow, Nancy Ann | Gary H. Simone, Esquire | |
| | 18-24219-JAD | | Pearson, Michelle Lynn | Joseph Peter Nigro, Esquire | |
| | 17-23166-GLT | | Smith, Lavern | Joseph Peter Nigro, Esquire | |
| | 18-24536-CMB | | Cantafio Jr., William A. / Cantafio, Frances M. | Kenneth Steidl, Esquire | |
| | 18-24431-GLT | | Plummer, Xavier J. | Kenneth Steidl, Esquire | |
| | 18-24039-GLT | | Schotoff, Eric N.d. | Kenneth Steidl, Esquire | |
| | 18-24541-CMB | | Stokes Sr., Daniel E. / Stokes, Mary Ann | Kenneth Steidl, Esquire | |
| | 18-24012-CMB | | Vogt, Karen T | Lawrence W. Willis | |
| 12:00 pm | 18-24394-TPA | | White, Joann | Meghan M. Tighe | |
| | 18-24622-CMB | | Lucas, Steven / Lucas, Aubri | Brad L. Hamric, Esquire | |
| | 18-24179-CMB | | Toubo, Richard H. | Julie Frazee Steidl, Esquire | |
| | 18-24518-TPA | | Zarecki, Laura Sue | Kathryn L. Harrison | |
| | 18-24632-GLT | | Mccutcheon, Konrad J. / Mccutcheon, | Kenneth Steidl, Esquire | |

## Natalie Lutz Cardiello, Esquire
### 341(a) Meeting Calendar
### Tuesday, January 22, 2019

| Time | Case Number | File No. | Debtor(s) | Attorney | Comments |
|---|---|---|---|---|---|
| 12:00 pm | | | Deborah L. | | |
| 12:00 pm | 18-24631-JAD | | Saunders, Arlene C. | Kenneth Steidl, Esquire | |
| | 18-24529-TPA | | Whitner, Jaronia | Mary Ellen Droll, Esquire | |
| | 18-24287-TPA | | Midgley Iv, Alfred / Workinger, Heather A. | Matthew M. Herron, Esquire | |
| | 18-24671-GLT | | Mitchell, Donna G. | Michael S. Lazaroff | |
| | 18-22561-GLT | | Venture Investments Group, Inc. | Christopher M. Frye | |