# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | MICHAEL A. & BREANNE M. DEEB |
| **Case Number:** | 18-24439-JAD    **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 03, 2019 10:00 AM   COURTROOM D |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | SCOTT KOZAR |
| **Reporter / ECR:** | N/A |

### *Matter:*

Motion To Sell Real Estate Free and Clear of Third Party Interests, Liens, Claims, Charges and/or Encumbrances filed by Natalie Lutz Cardiello, Chapter 7 Trustee
- No Response Filed [Due 8/27/2019]
- Proof of Publication in Butler County Legal Journal and Butler Eagle filed 8/29/2019 @ Doc. #46
**R / M #:**  43 / 0

### *Appearances:*

CHAPTER 7 TRUSTEE:  Natalie Lutz Cardiello, Esq.
DEBTOR(S):  Kenneth Steidl, Esq.
CREDITOR(S):
CREDITOR(S):

### *Proceedings:*

_____ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
          _____ For At Least _____ Days (Court To Issue Scheduling Order)
          _____ To Hearing Date Of _____ at _____ AM/PM at
          _____
          _____ To Conciliation Conference For _____ at
                    AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
          _____ Evidentiary Hearing On Value And Cram-Down Interest
          _____ Complex / Pretrial Order -  NONJURY  /  JURY
          _____ Simple / Pretrial Order -  NONJURY  /  JURY
          _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Order entered 9/3/2019 Granting Motion.**
**Sale Confirmed Free and Divested of Liens.**

FILED
9/3/19 3:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge