**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  18-24439-JAD |
| | : | |
| MICHAEL A. DEEB | : | Chapter 7 |
| BREANNE M. DEEB | : | |
| *Debtor* | : | |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| United States of America, Internal | : | |
| Revenue Service; Commonwealth of | : | |
| Pennsylvania, Department of Revenue; | : | |
| County of Butler; Township of Clay; | : | |
| Moniteau School District; Nationstar | : | |
| Mortgage, LLC d/b/a Mr. Cooper; and | : | |
| Cavarly SPV I, LLC as Assignee of Bank | : | |
| of America/FIA Card Services, N.A. | : | |
| | : | |
| Respondents | : | |

**REPORT OF SALE**

A sale hearing was conducted on September 3, 2019, in connection with the sale of 110 Chrie Lane, Butler, PA 16001 to John C. Williams, III.  The sale was closed on September 16, 2019.  The sale price was $180,000.  The bankruptcy estate received a carve-out of $9,000.  A copy of the ALTA Settlement is attached hereto as Exhibit "A".

The carve-out proceeds will be held by the Trustee pending further Order of Court.

Respectfully submitted,

*/s/ Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Trustee
107 Huron Drive
Carnegie, PA 15106
ncardiello@comcast.net
(412) 276-4043